UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HERNANDEZ LOPEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>DAVE B. LONG,<br><br>    Respondent.<br>_____/ | 1:12-cv-00408-LJO-SKO  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #22) |

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

    The Court has reviewed the pleadings, which reflect that there are only several claims raised in this proceeding (unfairness resulting from admission of expert testimony, ineffective assistance of trial counsel with respect to the failure to secure exclusion of the expert testimony and to obtain a limiting or cautionary instruction, unfairness resulting from the trial court's failure to instruct sua sponte on the lesser included offense of attempted kidnaping, and cumulative error),  and the claims are not novel, difficult, or complex.

1 In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   October 29, 2012**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE