UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE HERNANDEZ LOPEZ, | ) | 1:12-cv—00408-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER SETTING BRIEFING SCHEDULE |
| | ) | FOR PETITIONER'S MOTION FOR |
| | ) | DISMISSAL (Doc. 24) |
| v. | ) | |
| | ) | |
| DAVE B. LONG, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303. A response to the petition has been filed, and Petitioner filed a traverse on July 18, 2012.

On December 17, 2012, Petitioner filed a motion for voluntary dismissal of the petition in which he stated that he would like to stop all proceedings in his case. (Doc. 24.)

Respondent is DIRECTED to file opposition or a statement of non-opposition to the motion no later than thirty (30) days after the date of service of this order.

1

1  Petitioner may FILE a reply no later than fourteen (14) days
2  after the date of service of the opposition or statement of non-
3  opposition.  The motion will then be deemed submitted to the
4  Court for decision.

8  IT IS SO ORDERED.

9  **Dated:      December 28, 2012                  /s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE